IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JORGE CORDERO,                )
                              )
            Plaintiff,         )
                              )
      v.                       )     No. 05 C 0144
                              )
SHANE SCHEEL,                  )
                              )
            Defendant.         )

## MEMORANDUM ORDER

Shane Scheel ("Scheel") has just filed his Answer to the personal injury Complaint brought against him by Jorge Cordero ("Cordero"). For the reasons stated in App. ¶ 1 to <u>State Farm Mut. Auto. Ins. Co. v. Riley</u>, 199 F.R.D. 276, 278 (N.D. Ill. 2001), this Court sua sponte strikes Answer ¶¶ 8 and 9. Leave is of course granted to file an amendment to the Answer in the Court's chambers on or before February 18, 2005 (with a copy to be transmitted contemporaneously to Cordero's counsel), restating the stricken paragraphs in proper form.

                                         Milton I. Shadur
                                         Senior United States District Judge

ENTERED:  February 8, 2005

G:\WPTEXT\CorderoMO2-8-05.wpd